John Macaluso (JM 2058)
Walter-Michael Lee (WL 6353)
Gibney, Anthony & Flaherty, LLP
665 Fifth Avenue
New York, New York 10022
Telephone: (212) 688-5151
Facsimile: (212) 688-8315
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| COACH, INC. and COACH SERVICES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>MARITZA CLEMENTE-COX both individually and doing business as WWW.TOUCH-OF-EBONY.COM; UNKNOWN WEBSITES 1-10; "JOHN DOES" 1-10; and UNKNOWN ENTITIES 1-10,<br><br>Defendants. | **AFFIDAVIT OF BENJAMIN KWAPISZ IN SUPPORT OF PLAINTIFFS'** *EX PARTE* **APPLICATION FOR A TEMPORARY RESTRAINING ORDER; ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT BE ISSUED; EXPEDITED DISCOVERY ORDER; ASSET RESTRAINING ORDER; AND AN ORDER TEMPORARY SEALING THE COURT FILE.** |

Benjamin Kwapisz, under penalty of perjury, declares that:

1. I am a Legal Assistant/Researcher with the law firm of Gibney, Anthony & Flaherty, LLP. and I have been employed by this firm since June 1, 2009.

2. The facts set forth in this affidavit are known personally by me to be true and correct, and if called upon as a witness I could and would competently testify thereto.

3. On or about February 2, 2011, I was instructed to effect a purchase of a Coach product from the www.touch-of-ebony.com website (the "Website").

4. Also, on or about February 2, 2011, I visited the Website and placed an order for the following item: one (1) "Coach" handbag ($60.00). I paid for this item through PayPal and was billed $70.95, including shipping fees. I received an e-mail from PayPal confirming that the payment had been sent to "Touch of Ebony" at "touchofe@cox.net". Attached hereto as **Exhibit 1** is a copy of the e-mail receipt I received.

5. On or about February 7, 2011, I received, via USPS shipping, one (1) package containing the item I purchased. Digital images of the bag are attached hereto as **Exhibit 2**.

6. Also, on or about February 7, 2011, I gave this item to Walter-Michael Lee, an attorney at Gibney, Anthony & Flaherty, LLP.

Dated: March 2, 2011

_Benjamin Kwapisz_
Benjamin Kwapisz

Sworn to me this 2 day of March, 2011

_Walter-Michael Lee_
Notary Public

WALTER MICHAEL LEE
Notary Public, State of New York
No. 02LE6117620
Qualified in New York County
Commission Expires October 25, 2012

- 2 -