# EXHIBIT 1

Case 1:11-cv-01633-WHP   Document 8-1   Filed 03/22/11   Page 1 of 2

Ben K

# Receipt for Your Payment to Touch Of Ebony
1 message

service@paypal.com <service@paypal.com>  Wed, Feb 2, 2011 at 12:56 PM
To: Benjamin Kwapisz



Feb 2, 2011 09:56:33 PST
Transaction ID: 6RV69449JC917515S

Hello Benjamin Kwapisz,

You sent a payment of $70.95 USD to Touch Of Ebony (touchofe@cox.net)

It may take a few moments for this transaction to appear in your account.

**Merchant**
Touch Of Ebony
touchofe@cox.net

**Instructions to merchant**
You haven't entered any instructions.

**Shipping address** - confirmed
Benjamin Kwapisz

**Shipping details**
Standard Flat Rate Shipping

| Description | Unit price | Qty | Amount |
|---|---|---|---|
| Coach<br>Item# 1250 | $60.00 USD | 1 | $60.00 USD |

|  |  |
|---|---|
| Subtotal | $60.00 USD |
| Shipping and handling | $10.95 USD |
| Total | $70.95 USD |
| Payment | $70.95 USD |

Payment sent to touchofe@cox.net

**Issues with this transaction?**
You have 45 days from the date of the transaction to open a dispute in the Resolution Center.

? Questions? Go to the Help Center at: www.paypal.com/help.

Get verified – Pay from your bank account and you're 100% protected against unauthorized payments sent from your PayPal account. Log in and click the Unverified link below your name.

Please do not reply to this email. This mailbox is not monitored and you will not receive a response. For assistance, log in to your PayPal account and click **Help** in the top right corner of any PayPal page.

To receive email notifications in plain text instead of HTML, log in to your PayPal account and go to your Profile to update your settings.

PayPal Email ID PP120