# EXHIBIT 2



# Touch Of Ebony

- Welcome
- Presale
- Room By Styles
- Must Have/Net On's
- Accessories Items
- Miss Houseways
- Contact Us
- Guest Book

## Thanks for visiting!

We hope you can find everything you need. Touch Of Ebony is focused on providing high-quality service and customer satisfaction - we will do everything we can to meet your expectations. Our company is based on the belief that our customers' needs are of the utmost importance. Our entire team is committed to meeting those needs. As a result, a high percentage of our business is from repeat customers and referrals.

With variety of high quality copies of your favorite fashion styles to choose from, we are sure you'll find something you love. Look around our website and if you have any comments or questions, please feel free to contact us

## We hope to see you again! Check back later for new updates to our website. There's much more to come!

**100% Satisfaction Guarantee** - If you are unhappy with your purchase for any reason at all, you can return your item(s) for a full refund or exchange, whichever you choose. All returns must be undamaged and returned within 20 days of receiving items for a complete refund. Please inspect all products upon receipt and report any issues or errors within 3 days. Clothing, shoes & accessories must not be soiled or laundered. There is no refund of shipping costs on returned merchandise.





